CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG<br><br>   Plaintiff,<br><br>  v.<br><br>T-A PROPERTIES, LTD., a Limited Partnership, a California Limited Partnership;<br>AUTOZONE WEST LLC, a Nevada Limited Liability Company<br><br>   Defendants. | **Case:** 2:20-cv-11575-MCS-JC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants T-A PROPERTIES, LTD., a Limited Partnership, a California Limited Partnership and AUTOZONE WEST LLC, a Nevada Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 26, 2021  CENTER FOR DISABILITY ACCESS

            By: /s/ Amanda Seabock
            Amanda Seabock
            Attorney for Plaintiff